■ In the Matter of EARL A. RAWLINS, an Attorney. — Motion to confirm report of the Departmental Disciplinary Committee and cross motion to disbar respondent, held in abeyance pending receipt of the report of the referee appointed by this court's order and suspension of respondent continued as indicated in the order of this court. Concur — Murphy, P. J., Kupferman, Birns, Sandler and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v DONDI YOUNG. — Motion to discontinue appeal as abandoned denied, and assigned counsel's attention directed to the provisions of *People v Saunders* (52 AD2d 833) and *Anders v California* (386 US 738). Concur — Murphy, P. J., Carro, Markewich and Silverman, JJ.